UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ZHOU HUA ZHU,

    Plaintiff,

v.                                                              Case No: 5:23-cv-551-JSM-PRL

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,
ALEJANDRO MAYORKAS and UR
M. JADDOU,

    Defendants.

_____

**ORDER**

Pursuant to the Order transferring this action to the Middle District of Florida, Defendants were required to respond to the Complaint within 21 days of the action being docketed here. (Doc. 9). The action was transferred to the Middle District on September 1, 2023 (Doc. 10), and thus, Defendants were required to respond to the Complaint by September 22, 2023. To date no response has been filed. Accordingly, within **ten days** of this Order, Defendants shall show cause why default should not be entered against them for their failure to plead or otherwise defend this action.

**DONE** and **ORDERED** in Ocala, Florida on September 27, 2023.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties